

**Office of the New York State Attorney General**

**Letitia James Attorney General**

MEMO ENDORSED

Writer's Direct Dial: (212) 416-8659

June 10, 2025

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

CC: The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: <u>Canty v. Cunningham, et. al.</u>, 24 CV 014 (NSR)(JCM)

Dear Judge Román:

    This Office represents Defendants T. Cunningham, C. Gonzalez, J. Gonzalez, B. Rousseau (sued as "Russo"), and M. Ruquet (sued as "Roquet") in the above-referenced action. In a Scheduling Order issued on March 27, 2025 (Dkt. No. 26), Your Honor scheduled a Case Management Conference for June 20, 2025. The parties jointly write to respectfully request an adjournment of that Case Management Conference until after the close of discovery and on a date that is convenient for the Court. This is the first request for an adjournment of the June 20, 2025 Case Management Conference.

    The reason for this request is that, pursuant to our initial discovery conference held before Magistrate Judge Judith C. McCarthy on April 17, 2025, discovery in this case was extended until at least June 30, 2025, with a second discovery conference scheduled for June 25, 2025. (Dkt. Entry for April 17, 2025). As such, discovery will not be completed by June 20, 2025, and it is possible that additional time to complete discovery will be needed. Furthermore, on June 20, the undersigned counsel for the Defendants will be on trial before the Hon. Kenneth Karas in the matter of *Gunn v. Ayala*, 20-CV-840.

    We thank the Court for its attention to this request.

---

**Endorsement:**

In light of the extension of the discovery deadline, the parties' joint request to adjourn the June 20, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned until Aug. 1, 2025 at 10:00 am. The parties are directed to ECF No. 27 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 38.

Dated: White Plains, NY
       June 12, 2025

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Hon. Nelson S. Román  Page 2 of 2
June 10, 2025

                                    Respectfully Submitted,

                                    /s/ *Ian Ramage*
                                    IAN RAMAGE
                                    Assistant Attorney General
                                    212-416-8659
                                    Ian.Ramage@ag.ny.gov

cc:      Alexis Padilla, Esq
           Attorney for Plaintiff
           (*Via ECF*)