

**Office of the New York State
Attorney General**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/29/2026__

MEMO ENDORSED

Writer's Direct Dial: (212) 416-8659

May 28, 2026

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

The September 18, 2026 (Dkt. No. 46) pre-trial conference is hereby adjourned to October 9, 2026 at 11 a.m. The Clerk of Court is kindly directed to terminate the motion at ECF No. 47.
Dated: May 29, 2026
White Plains

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re: *Canty v. Cunningham, et. al.*, 24 CV 014 (NSR)(JCM)

Dear Judge Román:

This Office represents Defendants T. Cunningham, C. Gonzalez, J. Gonzalez, B. Rousseau (sued as "Russo"), and M. Ruquet (sued as "Roquet") in the above-referenced action. I write, with Plaintiff Counsel's consent, to respectfully request that the pre-trial conference scheduled for September 18, 2026 (Dkt. No. 46) be adjourned to a date on or after October 5, 2026, that is convenient to the Court.

The reason for this request is that I am currently the only attorney of record on this matter and will be out of the Office on paternity leave through the end of September. This is Defendants' first request for an extension of the pre-trial conference.

I thank the Court for its attention to this request.

Respectfully Submitted,

/s/ *Ian Ramage*
IAN RAMAGE
Assistant Attorney General
212-416-8659
Ian.Ramage@ag.ny.gov

cc:    Alexis Padilla, Esq
       Jessica Collin-Greene, Esq
       Attorneys for Plaintiff
       (*Via ECF*)