UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREL CANTY,

Plaintiff,

-against-

CUNNINGHAM et al.

Defendant(s).

**NOTICE OF ADJOURNMENT**

24 Civ. 00014 (NSR)(JCM)

The Pre-Trial Teleconference previously scheduled before this Court for October 2, 2026, at 2:00 p.m. is adjourned to October 2, 2026, at 12:15 p.m. Please dial (855) 244-8681 and use access number 23104943855# to join the conference.

Dated: September 25, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE